# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

YOLANDA LORRAINE DIAZ JARAMILLO,

    Plaintiff,

vs.                                                            No. 1:17-CV-00859-KRS

NANCY A. BERRYHILL, Acting
Commissioner of the Social Security
Administration,

    Defendant.

## ORDER SETTING DEADLINE TO CONSENT
## TO MAGISTRATE JUDGE

THIS MATTER comes before the Court *sua sponte*, following a review of the record in the above-titled cause. On August 21, 2017, pursuant to Fed. R. Civ. P. 73(b)(1), the Court entered a text only notice advising the parties of their opportunity to consent to the undersigned's plenary jurisdiction over this matter. Due to the character of the instant proceeding, the Court finds that the interests of judicial economy are best served by imposing a consent deadline of ten (10) days. The parties are reminded that consent is strictly voluntary and there are no adverse consequences for withholding consent.

Accordingly, should the parties choose to consent, it is hereby **ORDERED** that such consent shall be filed with the Court within ten (10) days of the entry of this order.

                                                          KEVIN R. SWEAZEA
                                                          UNITED STATES MAGISTRATE JUDGE